**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS PATRICK OLSEN,
                      Petitioner,                              16 **CIVIL** 5366 (RA)

          -against-                                            **JUDGMENT**

NUNZIO E. DOLDO, Superintendent,
AND TINA STANFORD, NYS Board of Parole
                        Respondents.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2020, On January 2, 2020, Magistrate Judge Debra Freeman issued a Report and Recommendation (the "Report) recommending that the Court dismiss the Petition in its entirety; as no objection were filed, the Court has reviewed Judge Freemen's Report for clear error; the Court finds no clear error and thus adopts the thorough and well-reasoned Report in its entirety; Accordingly, the petition for a writ of habeas corpus is denied, and the action is dismissed; because the petitioner makes no substantial showing of the denial of a constitutional right, the Court will not issue a certificate of appealability; 28 U.S.C. 2253(c)(2); accordingly, this case is closed.

**DATED:** New York, New York
              February 11, 2020

                                                            RUBY J. KRAJICK
                                                                  Clerk of Court
                                                           BY:
                                                                    Deputy Clerk

                                                               THIS DOCUMENT WAS ENTERED
                                                               ON THE DOCKET ON 2/11/2020